Fourth Department. July 6, 1916.) Motions for leave to appeal to Court of Appeals denied, with $10 costs.

William G. CAMERON v. Bernard LEVIN. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal denied. Order filed.

William G. CAMERON v. Bernard LEVIN. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Kate Smith CAMMACK, Respt., v. Arthur LIPPER et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George S. CAMPANY, as admr., etc., respt., v. NEW YORK CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

George S. CAMPANY, as admr., etc., respt., v. NEW YORK CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Herbert G. CANDEE, respt., v. George F. ROTH, as receiver of American Fruit Products Co., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: (1) That upon the issue as to the length of time of employment the verdict of the jury is against the weight of the evidence. (2) That upon the issue of accord and satisfaction the verdict is contrary to the evidence. All concur; Foote, J., not sitting.

Mary CANEPARI, as Admx., v. BERN-HEIMER & SCHWARTZ PILSENER BREW-ING CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motions denied, with $10 costs. Orders filed.

In the matter of the claim of Louis CAR-BONE for compensation under the Workmen's Compensation Law, respt., v. George W. LOFT, employer, and Fidelity & Casualty Company of New York, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award affirmed. All concur, except Lyon and Woodward, JJ., dissenting.

Agnes CARLEY, Respt., v. MIDLAND BEACH CO. et al., Applts. (Supreme Court Appellate Division, First Department. May 26, 1916.) Order modified, by directing that the order for examination be modified, so as to authorize the examination only as to the possession, control, and condition of the premises upon which plaintiff claims to have been injured, and, as so modified, affirmed, without costs. No opinion. Settle order on notice.

Agnes CARLEY v. MIDLAND BEACH CO et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

Joseph P. CARNEY, plaintiff, v. PENN REALTY COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion granted, in so far as it relates to the printing of the record upon the original appeal. In all other respects motion denied, without costs.

Joseph P. CARNEY, appellant, v. PENN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

Joseph P. CARNEY, appellant, v. PENN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for stay denied, without costs.

Sarah CARPENTER, Applt., v. J. L. PRES-COTT CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Walter CARPENTER, Applt., v. J. L. PRES-COTT CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Levi CARPENTER, Jr., respt., v. James B. WISE and the City of Watertown, applts. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order (92 Misc. Rep. 246, 155 N. Y. Supp. 996) affirmed with $10 costs and disbursements, with leave to the defendants to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concur.

Levi CARPENTER, Jr., respt., v. Hattie C. WISE. et al., applts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motions for leave to appeal to Court of Appeals denied with $10 costs.

Charlotte Dillingham CARR, respt., v. Charles H. CARR, applt. (Supreme Court, Appellate Division, Fourth Deartment. May 3, 1916.) Appeal dismissed without costs upon stipulation filed.

Stanley N. CARR, applt., v. PENNSYL-VANIA R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with costs. All concur, except Kruse, P. J., who dissents.

Thomas B. CARROLL, Plaintiff-Respondent, v. Max D. BLUM, Defendant-Appellant. (Supreme Court, Appellate Term, First Depart-